# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

## No. 201600317

————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JORGE L. LUGODIAZ
Corporal (E-4), United States Marine Corps
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
For Appellant: Commander Richard E.N. Federico, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 30 November 2016

————————————

Before CAMPBELL, HUTCHISON, and GROHARING, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental promulgating order will reflect that only the service of confinement in excess of 60 months was deferred until 25 August 2016, when it was then suspended pursuant to the terms of the pretrial agreement. *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).


For the Court



R.H. TROIDL
Clerk of Court